1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   JUAN C. GALARZA,              )       No. CV 07-2805-JST(CW)
                                   )
13              Petitioner,        )       ORDER ACCEPTING REPORT AND
                                   )       RECOMMENDATION OF UNITED STATES
14         v.                      )       MAGISTRATE JUDGE
                                   )
15   RAUL LOPEZ (Warden),          )
                                   )
16              Respondent.        )
                                   )
17   ─────────────────────────────

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   records on file, and the Report and Recommendation of the United

20   States Magistrate Judge.  No written Objections to the Report have

21   been filed.  The Court accepts the findings and recommendation of the

22   Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered

23   denying the Petition and dismissing this action with prejudice.

24
25   DATED:   September 27, 2011

26                                         **JOSEPHINE STATON TUCKER**
                                           JOSEPHINE STATON TUCKER
27                                         United States District Judge

28