**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN C. GALARZA, | ) | No. CV 07-2805-JST(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RAUL LOPEZ (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   September 27, 2011

                                            **JOSEPHINE STATON TUCKER**
                                            JOSEPHINE STATON TUCKER
                                           United States District Judge